IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DATATERN, INC.**<br><br>                            Plaintiff,<br><br>    v.<br><br>1.  **UNITED AIR LINES, INC.;**<br>2.  **UAL CORPORATION;**<br>3.  **AMERICAN AIRLINES, INC.;**<br>4.  **AMR CORPORATION;**<br>5.  **AMERICAN EXPRESS COMPANY;**<br>6.  **DISCOVER FINANCIAL SERVICES, INC.;**<br>7.  **HERTZ CORPORATION;**<br>8.  **AVIS BUDGET GROUP, INC.;**<br>9.  **WELLS FARGO & COMPANY; and**<br>10. **WELLS FARGO BANK, N.A.**<br><br>                            Defendants. | **Case No. 2:09-cv-00053 TJW-CE**<br><br>JURY TRIAL DEMANDED |

**NOTICE OF DISMISSAL**

COMES NOW Plaintiff, DataTern, Inc., and hereby notifies the Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that it voluntarily dismisses WITHOUT PREJUDICE Defendant AMR Corporation only.  Plaintiff has not previously dismissed any

federal or state court action based on or including the same claim against Defendant.  Each side to bear its own costs and fees.

                                            Respectfully submitted,

                                            **DATATERN INC.**

Dated:  April 15, 2009

                                            By: /s/  Marc A. Fenster
                                              Marc A. Fenster, CA SB # 181067
                                              E-mail: mfenster@raklaw.com
                                              Andrew D. Weiss, CA SB # 232974
                                              E-mail: aweiss@raklaw.com
                                              RUSS, AUGUST & KABAT
                                              12424 Wilshire Boulevard 12th Floor
                                              Los Angeles, California 90025
                                              Telephone:    310/826-7474
                                              Facsimile:    310/826-6991

                                              Patrick R. Anderson, MI SB # P68961
                                              E-mail: patrick@prapllc.com
                                              PATRICK R. ANDERSON PLLC
                                              4225 Miller Rd, Bldg. B-9, Suite 358
                                              Flint, Michigan 48507
                                              Telephone:    517/303-4806
                                              Facsimile:    248/928-9239

                                              Andrew W. Spangler, TX SB # 24041960
                                              Email: spangler@spanglerlawpc.com
                                              SPANGLER LAW PC
                                              208 N. Green Street, Suite 300
                                              Longview, Texas 75601
                                              Telephone:    903/753-9300
                                              Facsimile:    903/553-0403

                                              **Attorneys For Plaintiff**
                                              **DATATERN, INC.**

**CERTIFICATE OF SERVICE**

    I certify that counsel of record who are deemed to have consented to electronic service are being served on April 15, 2009, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3).  Any other counsel with be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

Dated: April 15, 2009                               /s/ Marc A. Fenster
                                                             Marc A. Fenster