# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DATATERN, INC.**<br>    Plaintiff,<br><br>    v.<br><br>**UNITED AIR LINES, INC., ET AL**<br>    Defendants. | **Civil Action No. 2:09-cv-53**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the Parties' Stipulated Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted between Plaintiff, DataTern, Inc., and Defendant, Wells Fargo Corporation, the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed with prejudice and all counterclaims are dismissed as moot, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" dated June 16, 2009.

It is further ORDERED that all attorneys' fees and costs are to be borne by the Party that incurred them.

SIGNED this 28th day of July, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE