IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATERN, INC., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. 2:09-cv-53 |
| | § | |
| UNITED AIR LINES, INC., et al. | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Stipulated Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted between Plaintiff DataTern, Inc., and Defendant American Airlines, Inc., the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit between Plaintiff DataTern, Inc. and Defendant American Airlines, Inc. are hereby dismissed with prejudice, and all counterclaims are dismissed as moot, subject to the terms of that certain agreement entitled "Settlement Agreement" dated September 30, 2009.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 14th day of October, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE