**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DATATERN, INC.,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**UNITED AIR LINES, INC., ET AL.**<br><br>　　　　　　Defendants. | Civil Action No. 2:09-cv-53<br><br>The Honorable T. John Ward<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

CAME BEFORE THE COURT Defendants United Air Lines, Inc.'s and UAL Corporation's (collectively "United") and Plaintiff DataTern, Inc.'s ("DataTern") Joint Motion to Stay All Deadlines.

The Court finds that this Motion should be GRANTED. It is therefore ORDERED that all deadlines between United and DataTern are hereby stayed up to and including December 30, 2009.

SIGNED this 8th day of December, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE