**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DATATERN, INC.,**<br><br>            Plaintiff,<br><br>    v.<br><br>**UNITED AIR LINES, INC., ET AL.**<br><br>            Defendants. | Civil Action No. 2:09-cv-53<br><br>The Honorable T. John Ward<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITH PREJUDICE**

In consideration of the parties' Stipulated Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted between Plaintiff DataTern, Inc., and Defendants United Air Lines, Inc. and UAL Corporation, the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit between Plaintiff DataTern, Inc. and Defendants United Air Lines, Inc. and UAL Corporation are hereby dismissed with prejudice, and all counterclaims are dismissed as moot, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" dated December 16, 2009.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this  7th  day of January, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE