**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DATATERN, INC.<br>　　Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC. et al.<br>　　Defendant. | §<br>§<br>§<br>§   CIVIL ACTION NO. 2:09-cv-53-TJW-CE<br>§<br>§<br>§<br>§<br>§ |

**ORDER**

The Court orders this case consolidated with Civil Action 2:09-cv-178 for claim construction purposes only. The following amendments to the Docket Control Order will govern claim construction:

October 20, 2010, 9:00 a.m. – *Markman* Hearing, to be held in Judge Everingham's courtroom.

August 20, 2010 – Claim Construction Discovery Deadline

September 10, 2010 – Comply with P.R. 4-5(a)

September 24, 2010 – Comply with P.R. 4-5(b)

September 29, 2010 – Comply with P.R. 4-5(c)

It is SO ORDERED.

SIGNED this 13th day of January, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE